# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| KERSTON DESHAWN EDWARDS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | Case No. 5:16CV207 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respndent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2016, Order.

                                          Signed: November 28, 2016

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court